# THE MARKS LAW FIRM, P.C.

March 2, 2026

Defendants shall file their
response by **March 10, 2026**.

Dated: March 3, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**VIA ECF**
Judge Lorna G. Schofield
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:    **Brown v. 363 First Avenue Cleaners LLC, et al.**
**Docket No.: 1:25-cv-09587 (LGS)**

Dear Judge Schofield,

Plaintiff respectfully requests a 37.2 conference before Your Honor to adjudicate the discovery issues raised by Plaintiff below, in accordance with Section III.C.3 of Your Honors Individual Part Rules and SDNY Local Civil Rule 37.2.

On January 8, 2026, the Court so-ordered the Civil Case Management Plan and Scheduling Order ("CMP") [Dkt. 14](Exhibit A). The CMP set forth deadlines for discovery that were proposed and agreed to by the parties.

On December 23, 2025, Plaintiff timely served Defendants, through its counsel, with Plaintiff's Rule 26(a)(1) Initial Disclosures, First Set of Interrogatories, and First Requests for Production (collectively, the "Combined Discovery Demands") (Exhibit B). Pursuant to the CMP and the Federal Rules of Civil Procedure, Defendant's responses were due no later than February 17, 2026.

As of February 23, 2026, Plaintiff had received no responses whatsoever to the Combined Discovery Demands. Defendant did not serve objections, request an extension, or move for a protective order.

On February 23, 2026, Plaintiff sent a discovery deficiency notice to Defendants counsel, and requested a 37.2 meet and confer to discuss the outstanding discovery responses outlining discovery dispute and attempt to resolve the same (Exhibit C – 37.2 meet and confer request). The 37.2 meet and confer request specifically stated "If we are unable to engage in the rule 37.2 meet and confer or unable to resolve the current discovery issues by Monday at 2:00pm, for any reason with, then we will raise the issue with the court in a 37.2 conference seeking an order compelling production or striking the answer and all other remedies the court deems appropriate."

Plaintiff followed up again on March 25, 2026, since no response was provided. No further response was received, and no meet-and-confer occurred. Despite Plaintiff's good-faith efforts, Defendant has effectively prevented the Rule 37.2 conference from taking place. The parties are therefore at an impasse.

155 East 55th St, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

# THE MARKS LAW FIRM, P.C.

Defendant has been in possession of Plaintiff's Combined Discovery Demands and Rule 26 initial disclosures since December 23, 2025—nearly 2 and a half months—yet has produced nothing. Defendant has not served its own Rule 26(a)(1) disclosures and has failed to comply with the CMP. This ongoing noncompliance is prejudicial to Plaintiff and without good cause.

Accordingly, Plaintiff respectfully requests a Rule 37.2 conference with the Court to address Defendant's failure to provide discovery, to obtain appropriate relief including an order compelling production, and to extend discovery deadlines as necessary.

Plaintiff thanks the Court for its time and consideration.

Respectfully Submitted,

The Marks Law Firm, P.C.

By:_____
Bradly G. Marks

155 East 55th St, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com