UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                    :
  ALTAUNE BROWN,                                    :
                                 Plaintiff,         :
                                                    :
                  -against-                         :         25 Civ. 9587 (LGS)
                                                    :
  363 FIRST AVENUE CLEANERS LLC,                    :              ORDER
  and WATSON CHUNGLUM YIP,                          :
                                 Defendant.         :
                                                    :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on March 2, 2026, Plaintiff requested a Rule 37.2 Conference to adjudicate

certain discovery issues.  (Dkt. No. 15).

        WHEREAS, Defendant Yip was served on November 21, 2025.  (Dkt. No. 8).  Defendant

363 First Avenue Cleaners LLC was served on December 1, 2025.  (Dkt. No. 9).

        WHEREAS, Defendants were ordered to file their response to the request for a Rule 37.2

Conference by March 10, 2026 (Dkt. No. 16).  Defendants have filed no response to date.

        WHEREAS, on March 13, 2026, the parties stated, "The parties participated in a second

mediation on March 10, 2026.  While progress was made, the matter was not resolved.  The

mediator has scheduled an attorney-only follow-up via Zoom on March 16, 2026, as a final

attempt to reach a resolution."  (Dkt. No. 17).  It is hereby

        **ORDERED** that a Rule 37.2 Conference will be held on **March 31, 2026**, at **3:00 p.m.**

The conference will be conducted at the Thurgood Marshall United States Courthouse, Southern

District of New York, 40 Foley Square, New York, New York at Room 1106.  The conference is

public, and the time of the conference is approximate, but the parties shall be ready to proceed by

that time.  All pretrial conferences must be attended by the attorney who will serve as principal

trial counsel.  It is further

**ORDERED** that by **March 24, 2026**, the parties shall file a letter regarding the results of the follow-up mediation session including any issues preventing resolution.

The Clerk of Court is respectfully directed to close the motion at Dkt. No 15.

Dated: March 19, 2026
　　　　New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2